FORM TO BE USED BY A PRISONER FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Anthony B. Hopkins #425067
P.O Box 549
Jessup, MD 20794

AUG 26 2014

(Full name, prison identification
number and address of the plaintiff)

v.

BCDC
401 E, Eager Street
Baltimore, MD 21222
Miss Hamlin, Miss Langley and Mr. Crawford

(Full name and address of the defendant(s))

Civil Action No. CCB-14-2743
(Leave blank on initial filing to be filled in by Court.)

## COMPLAINT

**I. Previous lawsuits**

    **A.**    Have you filed other cases in state or federal court dealing with the same facts as in this case or against the same defendants?

        YES ☐    NO ☑

    **B.**    If you answered YES, describe that case(s) in the spaces below.

        **1.**    Parties to the other case(s):

        Plaintiff: _____

        Defendant(s): _____

2.  Court (if a federal court name the district; if a state court name the city or county): _____

3.  Case No.: _____

4.  Date filed: _____

5.  Name of judge that handled the case: _____

6.  Disposition (won, dismissed, still pending, on appeal): _____

    _____

7.  Date of disposition: _____

## II. Administrative proceedings

A.  If you are a prisoner, did you file a grievance as required by the prison's administrative remedy procedures?

    YES ☑   NO ☐

   1. If you answered YES:

      a. What was the result? __WAS Interviewed by A Lieutenant nothing happen__

      b. Did you appeal?
         YES ☑   NO ☐

   2. If you answered NO to either of the questions above, explain why: _____

      _____

III. **Statement of claim**
(Briefly state the facts of your case. Include dates, times, and places. Describe what each defendant did or how he/she is involved. If you are making a number of related claims, number and explain each claim in a separate paragraph.)

I was being housed on E-section 1-27-14 in the City Jail when I was stop by 6:00pm officer Hamlin she saw I was in Route to medical for Insulin and told officer Langley to kick me out of medical to make a long story short Miss Hamlin paid Black Guerilla Family gang members 5 a box en strip to jump on me and when I Reported it officer Langley Inform the Gang

IV. **Relief**
(State briefly what you want the Court to do for you.)

I would like for them to be terminated and compensated for pain and suffering making sure this will not happen to anyone else

SIGNED THIS 24 day of, August 2014.

_Anthony Hopkins_
(original signature of plaintiff)

P.O. Box 549
Jessup, MD 20794

(address of plaintiff)

## CERTIFICATE OF SERVICE

I hereby certify that on this __24__ day of __August__, 20__14__, a copy of this
_____, was mailed, postage prepaid, to
(name and address of the attorney or person to whom you sent it).

(your signature) _Anthony Hopkins_

It is **not** necessary to state in the certificate of service that copies were sent to the Court or to the Clerk.

Do not file any motions or memoranda that are longer than fifty pages unless you have received permission from the Court. Most motions and memoranda should be much shorter than fifty pages.

You do not have to file copies of exhibits that are already on file in the same case. For example, if the defendants in your case file a motion for summary judgment and attach as an exhibit to their motion a copy of a sick call slip, you do not have to attach a copy of that document to your opposition or to any motions you file. You may simply refer to the copy that is already in the file.

You must sign every pleading, motion, and memorandum that you file. You MAY NOT sign someone else's name, nor may you file anything on behalf of someone else. In order for a pleading, motion, or memorandum to be considered on behalf of more than one plaintiff, each plaintiff must sign it.